[No. 16291-1-II.   Division Two.   October 21, 1994.]

KENNETH MCCOY, *Respondent,* v. MAYR BROS. LOGGING, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-2-00266-1, David E. Foscue, J., entered

June 25, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.